CHICAGO—FIRST DISTRICT—APRIL, 1915.    347

The Pierce Publishing Co. v. Hasselgren Studios, 192 Ill. App. 347.

## The Pierce Publishing Company, Defendant in Error, v. Hasselgren Studios, Plaintiff in Error.

### Gen. No. 19,404.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed April 22, 1915.

### Statement of the Case.

Action in the Municipal Court of Chicago by The Pierce Publishing Company, a corporation, against Hasselgren Studios, a corporation, for money alleged to be due it from the defendant on advertisements published in plaintiff's magazine. Trial before the court without a jury and judgment for the plaintiff. Defendant brings error.

MORRIS ST. P. THOMAS and JACOB E. DITTUS, for plaintiff in error.

GANSBERGEN & RIGBY, for defendant in error.

MR. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

1. CONTINUANCE, § 31*—*when may be granted on motion of court.* On an issue as to the existence of a contract, where the only witness produced by the plaintiff testified to a contract, for which the money was alleged to be due, and the only witness produced by the defendant denied this, and there are no other facts or circumstances in evidence to make the testimony of one more credible than the other, the court may on its own motion, over the objection of the defendant, continue the case to give the plaintiff opportunity to call as witnesses certain persons whose names had been mentioned during the course of the trial.

2. WITNESSES, § 316*—*when testimony of attorney may be considered.* It is not error for the court to rely upon the testimony

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Bodden v. Thomas, 192 Ill. App. 348.

of an attorney, who is a member of a firm of attorneys, representing a party to an action, where he takes no part in the trial.

---

### Edward Bodden, Defendant in Error, v. Morris St. P. Thomas, Plaintiff in Error.

### Gen. No. 20,060.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed April 22, 1915.

### Statement of the Case.

Action by Edward Boddin against Morris St. P. Thomas, impleaded with Morris St. P. Thomas, as trustee under the will of Lyman Trumbull, deceased, in the Municipal Court of Chicago, for damages in the sum of one thousand dollars, against Morris St. P. Thomas, sued both as an individual and as a trustee under the will, for personal injuries reeceived on account of a defect in the stairway of a building, where he was rooming, under the supervision of the defendant lessor. Trial before a court and jury. The court sustained a motion to find the defendant not guilty as trustee and overruled a motion to find the defendant not guilty as an individual. The jury returned a verdict against the defendant, but it did not appear from the verdict whether it was against the defendant as a trustee or as an individual. Judgment on the verdict. Defendant brings error.

JACOB E. DITTUS, for plaintiff in error.

EARL J. WALKER, for defendant in error.

MR. JUSTICE PAM delivered the opinion of the court.